PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

Houston DWight Johnny Jr #82818
Plaintiff's Name and ID Number

Taylor County Jail
Place of Confinement

CASE NO. 1:23CV=0145C
(Clerk will assign the number)

v.

Taylor County Jail
Defendant's Name and Address

Correct Solution/csgpay.com/regentpay.com
Defendant's Name and Address

Central Processing Facility for Jailatm.com
Defendant's Name and Address
( DO NOT USE "ET AL.")

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 21 2023
CLERK, U.S. DISTRICT COURT
By _____ 10:30am

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

EX.2A

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: 03/27/2023
2. Parties to previous lawsuit:
   Plaintiff(s) Houston
   Defendant(s) Abbott
3. Court: (If federal, name the district; if state, name the county.) Northern District
4. Cause number: 1:23-CV-00059-C
5. Name of judge to whom case was assigned: Cummings
6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
7. Approximate date of disposition: N/A

2

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 05/15/2023
      2. Parties to previous lawsuit:
         Plaintiff(s) Houston
         Defendant(s) Jordan
      3. Court: (If federal, name the district; if state, name the county.) Northern District
      4. Cause number: 1:23-CV-00103-H
      5. Name of judge to whom case was assigned: Hendrix
      6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
      7. Approximate date of disposition: N/A

EX 3
1-7

II. PLACE OF PRESENT CONFINEMENT: Taylor County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
   A. Name and address of plaintiff: Houston Dwight Johnny Jr #82818
      910 S. 27th
      Abilene TX 79602

   B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

EX 4
1-4

EX.4A.
1-3

   Defendant #1: The Taylor County Jail
   910 Sth 27th Abilene TX 79602

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   negligence; failing to abate a safty hazzard; violating of our 1st admendment rights.

EX 5

   Defendant #2: Correct Solutions (Phone Service)
   182 Bastille Ln Ruston, LA 71270-5357

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   Extorting; mopolizing; price gowing without proper notice; bad buisness; preventive maintance

EX 6

   Defendant #3: Central Processing facility for Jailatm.com
   2830 S. Hulen St. Box 809 F.t. Worth TX 76109

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
   negligence; violating our 1st admendment righs; mopolizing; fedral common law and mail box rules

   Defendant #4: _____

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

   Defendant #5: _____

   Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Taylor County Jail - Violating our mail privacy, 1st admendment rights and denying us access to our tangible personal property that's regulated under Federal common law. With a system through Jail atm. that's not regulated by Federal standard that's telling authority over our mail that's not reliable or accountable for loss mail, photos or ect. Nor is Taylor County. Taylor county neglected to put in the proper work order on our phone or Correct Solution neglected to fix the phone once they'd came out the week the phone shocked me and blew the breaker. Nor was there any preventive maintain by Taylor County Jail or Correct Solution to avoid any physical injury or health problem that's a danger to its prisoner and detainee's. Also Correct Solution is steady increasing the prices of our phone calls, price gouging our families to be able to add or provided money which was a service that was provided free before this new system. As well as Extortorting and monopolizing the system while taking advantage of the intellectual and disadvantage to provide money. While still being able to also being forced to pay taxes for commussary items.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

( Access to our physical mail, affordable phone system; families being able to provide money free of charge; expunge taxes made by the County ) 3million for phone shocking me and 3 million for failing preventive maintance and negligece made by all parties.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Johnny D. Houston Jr; Houston Dwight Johnny; Johnny Houston; Johnny Houston Jr; Johnny Dwight Houston Jr

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1279714; 82818

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES  _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

 1. Court that imposed sanctions (if federal, give the district and division):_____
 2. Case number:_____
 3. Approximate date sanctions were imposed:_____
 4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?    _____ YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 06-19-23
               DATE

*Johnny Dwight Houston Jr*
*Johnny Dwight Houston Jr*
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  19th  day of  June , 20 23 .
           (Day)              (month)           (year)

*Johnny Dwight Houston Jr*
*Johnny Dwight Houston Jr*
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



Johnny Houston
910 5th 17th
Abilene Tx 79602

TAYLOR COUNTY
INMATE CORRESPONDENCE

RECEIVED
JUN 21 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. District Court
Office of the
Clerk
P.O. Box 1218
Abilene Tx 79604

(1 of 2)